No. 676. JAMES A. HEARN & SON, INC. *v.* UNITED STATES. March 18, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Edmund S. Kochersperger* for petitioner. *Solicitor General Biggs, Assistant*

*Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

